UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brandon Stanley, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | C.A. No. 4:07-cv-3680 |
| | § | |
| Target Corp., *et al.*, | § | |
| Defendants. | § | |

# Joint Notice of Agreement to Modify Expert-Related Deadlines

To the Honorable Judge Stephen Wm Smith:

Based on the progress of discovery to date, the parties have jointly agreed that there is a need to modify the deadlines to designate expert witnesses and provide expert reports. Having been notified by the Court that such a modification does not require leave of court, the parties hereby notify the Court of the following agreed-upon modifications:

1. Plaintiffs shall designate expert witnesses by December 15, 2008;

2. Plaintiffs shall provide expert reports by January 15, 2009;

3. Defendants shall designate expert witnesses by January 15, 2009;

4. Defendants shall provide expert reports by February 16, 2009; and

5. Amendments to pleadings with leave of court shall be made by January 15, 2009.

**(Signatures on the following pages)**

Respectfully submitted,

**PULASKI & MIDDLEMAN, L.L.C.**

By: /s/ Elizabeth M. Cunningham (by perm.)
   Adam K. Pulaski
   Attorney in charge for Plaintiff
   Texas State Bar No. 16385800
   6800 West Loop South, Suite 200
   Bellaire, TX 77401
   Telephone: (713) 664-4555
   Facsimile: (713) 664-7543

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

PULASKI & MIDDLEMAN, L.L.C.

Elizabeth M. Cunningham
Texas State Bar No. 24008069
Southern District No. 27809
3500 Maple Ave., Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700

**BROWN SIMS, P.C.**

By: /s/ Tarush R. Anand
   Nelson Skyler
   Attorney-in-charge for Defendant Bumbo, Ltd.
   Texas Bar No. 00784982
   S.D. Tex. No. 22969
   1177 West Loop South, Tenth Floor
   Houston, Texas 77027-9007
   Telephone: (713) 629-1580
   Facsimile: (713) 629-5027

**ATTORNEY FOR DEFENDANT BUMBO LTD.**

**OF COUNSEL:**

BROWN SIMS, P.C.

Tarush R. Anand
Texas Bar No. 24055103
S.D. Tex. No. 712010
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

                            **HAYS, McCONN, RICE & PICKERING**

                            By: /s/ Michael M. Gallagher (by perm.)
                               Troy A. Williams
                               Attorney-in-charge for Defendant Target Corp.
                               State Bar No. 00788678
                               1233 West Loop South, Suite 1000
                               Houston, Texas 77027
                               Telephone: (713) 654-1111
                               Facsimile: (713) 650-0027

                            **ATTORNEY FOR DEFENDANT TARGET CORPORATION**

**OF COUNSEL:**

HAYS, McCONN, RICE & PICKERING

Michael M. Gallagher
State Bar No. 24040941
Southern District of Texas No. 560357
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been forwarded to the all attorneys of record by U.S. certified mail, return receipt requested, by facsimile, by hand-delivery, or by electronic mail from the Clerk of this Court on the 29th day of September, 2008.

                                                   /s/ Tarush R. Anand
                                                   Tarush R. Anand