UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brandon Stanley, *et al.*, | § | |
|         *Plaintiffs*, | § | |
| | § | |
| v. | § | C.A. No. 4:07-cv-3680 |
| | § | |
| Target Corp., *et al.*, | § | |
|         *Defendants*. | § | |

# Third Joint Notice of Agreement to Modify Expert-Related Deadlines

To the Honorable Judge Stephen Wm Smith:

Based on the circumstances of the case, the parties have jointly agreed that there is a need to modify the deadlines to designate expert witnesses and provide expert reports. Having previously been notified by the Court that such a modification does not require leave of court, the parties hereby notify the Court of the following changes:

1. The deadline for Defendants to designate their expert witnesses is extended by two weeks to January 29, 2009;

2. The deadline for Plaintiffs to submit the report of their retained expert neurologist, Dr. Richard Frye, is extended by three weeks to February 5, 2009; and

3. The deadline for Defendants to submit the report(s) of their retained expert neurologist(s) is also extended by three weeks to April 6, 2009.

All other deadlines are to remain in effect.

**(Signatures on the following pages)**

Respectfully submitted,

**PULASKI & MIDDLEMAN, L.L.C.**

By: /s/ Tarush R. Anand (by permission*)
    Adam K. Pulaski
    Attorney in charge for Plaintiff
    Texas State Bar No. 16385800
    6800 West Loop South, Suite 200
    Bellaire, TX 77401
    Telephone: (713) 664-4555
    Facsimile: (713) 664-7543

**ATTORNEY FOR PLAINTIFFS**

* Permission given by Elizabeth M. Cunningham.

**OF COUNSEL:**

PULASKI & MIDDLEMAN, L.L.C.

Elizabeth M. Cunningham
Texas State Bar No. 24008069
Southern District No. 27809
3500 Maple Ave., Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700

**BROWN SIMS, P.C.**

By: /s/ Tarush R. Anand
    Nelson Skyler
    Attorney-in-charge for Defendant Bumbo, Ltd.
    Texas Bar No. 00784982
    S.D. Tex. No. 22969
    1177 West Loop South, Tenth Floor
    Houston, Texas 77027-9007
    Telephone: (713) 629-1580
    Facsimile: (713) 629-5027

**ATTORNEY FOR DEFENDANT BUMBO LTD.**

**OF COUNSEL:**

BROWN SIMS, P.C.

Tarush R. Anand
Texas Bar No. 24055103
S.D. Tex. No.  712010
1177 West Loop South, Tenth Floor
Houston, Texas  77027-9007
Telephone:  (713) 629-1580
Facsimile:   (713) 629-5027

                              **HAYS, McCONN, RICE & PICKERING**


                              By: /s/ Tarush R. Anand (by permission*)
                                    Troy A. Williams
                                    Attorney-in-charge for Defendant Target Corp.
                                    State Bar No. 00788678
                                    1233 West Loop South, Suite 1000
                                    Houston, Texas 77027
                                    Telephone: (713) 654-1111
                                    Facsimile: (713) 650-0027

                              **ATTORNEY FOR DEFENDANT TARGET CORPORATION**

                              * Permission given by Michael M. Gallagher.

**OF COUNSEL:**

HAYS, McCONN, RICE & PICKERING

Michael M. Gallagher
State Bar No. 24040941
Southern District of Texas No. 560357
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to the all attorneys of record by U.S. certified mail, return receipt requested, by facsimile, by hand-delivery, or by electronic mail from the Clerk of this Court on the 16th day of January, 2009.


/s/ Tarush R. Anand
Tarush R. Anand