SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON STANLEY and BREEZY STANLEY, individually and as next friends of B. L. STANLEY, a minor<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and BUMBO LTD., a foreign corporation,<br><br>Defendants. | § § § § § § § § § § § § § § | Civil Action No.4:07-cv-3680<br><br><br><br>**TRIAL BY JURY DEMANDED** |

## AGREED STIPULATION OF DISMISSAL

Plaintiffs hereby dismiss this civil action pursuant to Rule 41(a)(1)(A)(ii) by filing this Agreed Stipulation of Dismissal signed by all parties. A court order is not required for the dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

/s/      M. Ross Cunningham
M. Ross Cunningham
Texas State Bar No. 24007062
Elizabeth M. Cunningham
Texas State Bar No. 24008069
ROSE WALKER L.L.P.
3500 Maple Ave., Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700

**ATTORNEYS FOR PLAINTIFFS**

/s/ Tarush R. Anand
Nelson Skyler
Texas Bar No. 00784982
Tarush R. Anand
Texas Bar No. 24055103
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas  77027-9007
Telephone:     (713) 629-1580
Facsimile:      (713) 629-5027

**ATTORNEYS FOR DEFENDANT**
**BUMBO (PTY) LTD.**

/s/ Michael M. Gallagher
Michael M. Gallagher
State Bar No. 24040941
HAYS MCCONN RICE & PICKERING
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone:  (713)654-1111
Facsimile: (713)650-0027

**ATTORNEYS FOR DEFENDANT**
**TARGET CORPORATION**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was electronically served on the following counsel of record via filing the document with the Court's ECF system on January 12, 2010:

Nelson Skyler
Tarush Anand
BROWN SIMS, P. C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

Michael M. Gallagher
HAYS MCCONN RICE & PICKERING
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713)654-1111
Facsimile: (713)650-0027

            /s/ M. Ross Cunningham_____
            M. Ross Cunningham